UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
(HOUSTON DIVISION)

UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED
MAR 15 2006
MICHAEL N. MILBY, CLERK OF COURT

| | | |
|---|---|---|
| **SETH FREEMAN** | § | |
| | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CAUSE NO. H-06-0864** |
| | § | |
| **U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, CENTERS FOR MEDICARE & MEDICAID SERVICES, MUTUAL OF OMAHA INSURANCE COMPANY, OCWEN FINANCIAL CORPORATION AND U.S. DEPARTMENT OF THE TREASURY-FINANCIAL MANAGEMENT SERVICES** | § § § § § § § § § | **JURY TRIAL DEMANDED** |
| **Defendants.** | § | |

**PLAINTIFF'S ORIGINAL COMPLAINT**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Seth Freeman, Plaintiff, complaining of U.S. Department of Health and Human Services, U.S. Department of the Treasury-Financial Management Services, Centers for Medicare & Medicaid Services, Mutual of Omaha Insurance Company and Ocwen Financial Corporation, Defendants, and for cause of action would respectfully show this Honorable Court as follows:

**I. Parties**

2. Freeman is an individual who resides in Monitou County, California and is a citizen of the State of California.

3. Defendant, U.S. Department of Health and Human Services is a federal agency of the

cl 008761

United States government. DHH may be served pursuant to FRCP 4(i) by serving the U.S. Attorney for the Southern District of Texas, Chuck Rosenberg with this Application and summons at his offices, 910 Travis, Suite 1500, Houston, Texas 77002 and the U.S. Attorney General, Department of Justice, 950 Pennsylvania Avenue, N.W., Room B-324, Washington, D.C. 20530.

4. Defendant, U.S. Department of the Treasury-Financial Management Services is a federal agency of the United States government. DOT may be served pursuant to FRCP 4(i) by serving the U.S. Attorney for the Southern District of Texas, Chuck Rosenberg with this Application and summons at his offices, 910 Travis, Suite 1500, Houston, Texas 77002 and the U.S. Attorney General, Department of Justice, 950 Pennsylvania Avenue, N.W., Room B-324, Washington, D.C. 20530.

5. Defendant, Centers for Medicare & Medicaid Services is a federal agency of the United States government. CMS may be served pursuant to FRCP 4(i) by serving the U.S. Attorney for the Southern District of Texas, Chuck Rosenberg with this Application and summons at his offices, 910 Travis, Suite 1500, Houston, Texas 77002 and the U.S. Attorney General, Department of Justice, 950 Pennsylvania Avenue, N.W., Room B-324, Washington, D.C. 20530.

6. Defendant, Ocwen Financial Corporation is a foreign corporation or other business entity doing business in the State of Texas, and may be served with citation by serving its registered agent for service of process, Corporation Service Company 2711 Centerville Road, Suite 400, Wilmington, DE 19808.

7. Defendant, Mutual of Omaha Insurance Company is a foreign corporation or other business entity doing business in the State of Texas, and may be served with citation by serving its

registered agent for service of process, Thomas J. McCusker, Mutual of Omaha Plaza, Omaha, NE, 68175.

## II. Jurisdiction

8. The action arises under the laws of the United States and the Constitution of the United States, Article 3, §2, cl.1.

## III. Venue

9. Venue is proper in this judicial district pursuant to 28 U.S.C. §1391(e)(1). The property that is the subject of this action, funds held in a trust to satisfy the Medicare lien, is situated in this judicial district. Venue is also proper in this judicial district because all or a substantial part of the events or omissions giving rise to this claim occurred in the Southern District of Texas.

## IV. Background

10. On or about September 26, 2000, Freeman ingested the drug Baycol and suffered injuries as a result thereof. In 2002, Freeman filed suit against Bayer, the manufacturer of Baycol for the injuries he suffered as a result of ingesting Baycol. Freeman and Bayer reached a confidential settlement in 2004 as a result of the injuries he suffered due to his ingestion of Baycol.

A letter dated September 29, 2004 (attached as Exhibit "A") was sent to Medicare-Coordination of Benefits/MSP Claims Investigation Project, first, informing Medicare that Freeman's claims had been settled and second, to request an itemization of all bills. Center for Medicare & Medicaid Services (CMS) responded with a letter dated January 11, 2005 (attached as Exhibit "B") informing Freeman that Medicare's system was retrieving the information and that Freeman needed to complete an authorization form for Medicare to release the information to his attorneys.

11. CMS sent a follow-up letter dated June 16, 2005 (attached as Exhibit "C") to Freeman informing him that he would have to repay Medicare because he received money from a third party due to his July 1, 1996 accident which caused medical expenses for which Medicare conditionally paid. The amount of the repayment according the Medicare was $57,523.44, according to Medicare's erroneous incident date of July 1, 1996.

12. Rebuttal letters dated September 9, 2005 and October 12, 2005 (attached as Exhibit "D" and "E") were sent to Mutual of Omaha-Medicare Division's Jaime Johnson informing Medicare that funds were being held in a trust pursuant to the settlement agreements to solve any applicable Medicare liens. The letter also informed Medicare that the July 1, 1996 date of incident giving rise to Freeman's Baycol claim was incorrect and that the correct date of incident was September 26, 2000.

13. A letter dated December 6, 2005 (attached as Exhibit "F") was sent to Mutual of Omaha accounts receivable analyst Jamie Johnson informing Medicare that on two previous occasions letters were sent to Medicare disputing the date of injury Medicare listed for Freeman. The letter went on further to state that Medicare payment form indicated that the total lien amount of $57,423.44 was incorrect and the correct lien amount was $14,936.41. A check in the amount of $14, 936.41 (attached as Exhibit "G") reflecting payment for charges incurred was forwarded to Mutual of Omaha.

14. CMS sent a letter dated December 7, 2005 (attached as Exhibit "H") informing Freeman attorneys they would have to send a copy of the court settlement showing the to and from date used in the case. A response letter (attached as Exhibit "I") was sent to Tara Rief of CMS on December 22, 2005 with a copy of Freeman's Fact Sheet which had been filed in his lawsuit stating his date of injury. In addition, portions of Freeman's deposition in which he testified under oath

about the date he began taking Baycol was enclosed.

15. Tara Rief of CMS sent a response letter (attached as Exhibit "J") dated December 27, 2005, informing that the court documents sent on December 22, 2005 were not valid because the documents had not be signed and dated by the judge.

16. Freeman received a letter from the U.S. Department of the Treasury Financial Management Services dated January 14, 2006 (attached as Exhibit "K") informing him that his debt had been referred to them for collection. The amount of the debt listed was $61,545.35. On February 6, 2006 Freeman received a letter from Ocwen (attached as Exhibit "L") informing him that Ocwen had been engaged by the U.S. Department of the Treasury-Financial Management Services to resolve his delinquent debt.

**V. Count I-Suit for Declaratory Relief**

17. Freeman ingested the drug Baycol and suffered injuries as a result thereof. Freeman incurred medical bills which were conditionally paid by Medicare. Medicare informed Freemen that he would have to pay back Medicare if he received money from a third party due to the accident which caused his medical expenses for which Medicare conditionally paid. Medicare conditionally paid Freeman's medical bills as a result of injuries he suffered from ingesting Baycol. Now, Defendants illegally seeks reimbursement for medical expenses before Freeman took Baycol.

18. Freeman's date of incident in question was September 26, 2000, which was the date he first ingested Baycol. Defendants have listed Freeman's date of incident in question as July 1, 1996. Freeman did not receive medical treatment on July 1, 1996 for ingestion of Baycol, because Baycol was not introduced until 1997 and his first dose was on September 26, 2000. Freeman was not injured in July 1996 as a result of ingesting Baycol. Freeman therefore seeks a judicial decree establishing that his date of incident in question for his Medicare lien involving his injuries due to

ingesting Baycol was on or after September 26, 2000, which was the date he first ingested Baycol.

19. Freeman's incident giving rise to the Baycol claim began on September 26, 2000, the date he first ingested Baycol. Defendant contends Freeman's date of incident in question as July 1, 1996 for purposes of the Medicare lien. Due to the indisputable fact that Baycol was not introduced until 1997, Freeman's date of incident involving Baycol could not be July 1, 1996 as the Defendants claims.

20. Based on the Defendants erroneous incident date of July 1, 1996, Defendants claim that Freeman's Medicare lien amount is $61, 942.50, with interest, applicable fees and penalties as of February 2006. Freeman paid $14,936.41 in December 2005, which represents the amount of the Medicare lien as of the September 26, 2000 date of incident.

## VI. Prayer

29. For the reasons, Freeman asks that Defendants be cited to appear and answer and the Court do the following:

a. Declare Freeman's date of incident in question as September 26, 2000, which is the date Freeman first ingested Baycol

b. Award actual damages

c. Exemplary damages

d. Award reasonable and necessary attorney fees

e. Award cost of Court

f. All other relief, in law and in equity, to which Freeman may be entitled

Respectfully submitted,

**HEARD, ROBINS, CLOUD & LUBEL L.L.P**

By: ______________________

Lance H. Lubel
Attorney in Charge
State Bar Number: 12651125
Southern District ID Number: 1673
James Carlos Canady
State Bar Number: 24034357
Southern District ID Number: 32144
One Allen Center
500 Dallas, Suite 3100
Houston, Texas 77002
(713) 650-1200
(713) 650-1400 FAX

Of Counsel:

**Heard, Robins, Cloud & Lubel, L.L.P.**
Southern District ID Number: 36350
J. Robert Black
State Bar Number: 24040526
Southern District ID Number: 37180
One Allen Center
500 Dallas, Suite 3100
Houston, Texas 77002
(713) 650-1200
(713) 650-1400 FAX

# Heard, Robins, Cloud, Lubel & Greenwood, L.L.P.

500 Dallas, Suite 3100, Houston, Texas 77002
(713) 650-1200 (713) 650-1400 - Fax

www.heardrobins.com

LANCE LUBEL LLUBEL@HEARDROBINS.COM


September 29, 2004

**VIA CERTIFIED MAIL/RRR**
Medicare - Coordination of Benefits
MSP Claims Investigation Project
P. O. Box 5041
New York, New York 10274-5041

RE: Seth Freeman
Social Security No.: 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

Dear Sir or Madame:

Our law firm represents Seth Freeman in a lawsuit against Bayer Corporation with regard to alleged injuries and damages associated with her ingestion of the drug, Baycol. Plaintiff's claims have settled for a confidential amount but the settlement funds have not been received as of this date. As such, Medicare may have a right to recover benefits paid on behalf of Seth Freeman.

At this time, we request an itemization of all bills, as well as paper support for the bills, paid by Medicare on behalf of Seth Freeman that Medicare claims are related to the ingestion of Baycol. Once we receive this information, we would like to discuss an amicable resolution of any lien that Medicare may have with respect to Seth Freeman, if any. If your records do not reflect any Medicare payment on behalf of Seth Freeman, please advise me of the same.

Thanks for your prompt attention to this matter.

Sincerely,

Lance H. Lubel

LHL/tr
Enclosures: As Stated

EXHIBIT
A

CMS
CENTERS for MEDICARE & MEDICAID SERVICES

MUTUAL of OMAHA INSURANCE COMPANY
Medicare Area
P.O. Box 1602 • Omaha, NE 68101
402 351 3508
(For Attorney/Insurers for Pre-Settlement)
www.mutualmedicare.com
A CMS Contracted Intermediary

RECEIVED
Mutual of Omaha
JAN 20 2005

January 11, 2005

LANCE H. LUBEL
ATTORNEY AT LAW
500 DALLAS
SUITE 310
HOUSTON TX 77002

Re: SETH FREEMAN
HIC No.: 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A
Date of Accident: UNKNOWN

Dear MR. LUBEL:

This is in response to your request for Medicare's total payment amount related to the above accident date.

At this time our system is retrieving the claims information. Once we have received this information, you will be notified in writing.

In order for Medicare to release payment information, an authorization will need to be completed, signed by the Medicare patient and returned to our office within 30 days. I have enclosed the authorization for your convenience.

If final settlement has been reached, please provide a copy of the signed and dated release. Also provide written documentation on your letterhead that includes the attorney fees (exact dollar amount) and percentage, and an itemization of other costs directly related to securing the settlement or judgement. Once we receive the above requested documentation, we will calculate the total Medicare payment to be repaid. If the information is not received within 30 days, Medicare will issue a demand for repayment without calculating reduction.

If you have any questions, I can be reached at the number below.

Sincerely,

Maria K. Sites-Popejoy

Maria K. Sites-Popejoy
Recovery Analyst
Medicare Secondary Payer
(402) 351-5569 Fax (402) 351-3521

EXHIBIT
B

11141156.703

Business Hours 7:00 a.m. - 4:30 p.m. Monday-Friday Central Time

Enc.

cc: SETH FREEMAN
1501 VANDIVER DR
LOT 229
COLUMBIA MO 65202 3904

CC

CMS
CENTERS for MEDICARE & MEDICAID SERVICES

Mutual of Omaha

MUTUAL of OMAHA INSURANCE COMPANY
Medicare Division
P.O. Box 1602 • Omaha, NE 68101
402 351 3502
(For Attorney/Insurers for Post-Settlement)
www.mutualmedicare.com
A CMS Contracted Intermediary

June 16, 2005

SETH FREEMAN
PO BOX 287
CALIFORNIA MO 65018

Re: SETH FREEMAN
HIC No.: 504828595A
Date of Accident: 07/01/1996

Dear Mr. Freeman:

This letter is a follow-up in which we advised you that you would have to pay Medicare back if you received money from a third party due to the July 01, 1996 accident which caused medical expenses for which Medicare conditionally paid. We have now been advised that you have received such proceeds. This means that Medicare now has a claim against these proceeds in the amount of $57,523.44, which represents Medicare's claim after reduction for procurement costs, in accordance with 42 CFR 411.37. You will need to send a copy of this letter to your attorney since our office does not show authorization to share this information with him/her.

The Medicare Secondary payer provisions of the statute, 42 USC 1395y(b)(2), preclude Medicare from paying for a beneficiary's medical expenses when payment "has been made or can reasonably be expected to be made promptly . . . under an automobile or liability insurance policy or plan (including a self-insured plan) or under no-fault insurance". However, Medicare will pay for a beneficiary's covered medical expenses when the third party payer does not pay promptly, conditioned on reimbursement to Medicare from proceeds received from a third party liability settlement, award, judgment or recovery. In this case, Medicare made a conditional payment in the amount of $57,523.44. A list of the claims used to arrive at this total is enclosed.

Medicare's regulations require that you pay Medicare back within 60 days of your receipt of settlement or insurance proceeds. Please send a check or money order in the amount of $57,523.44, made payable to Mutual of Omaha Medicare. Please include the Attorney's Tax ID number on the letter sent with the check.

Exercising common law authority and consistent with the Federal Claims Collection Act and 45 CFR 30.13, interest will be assessed if this debt is not repaid in full within 60 days of your receipt of settlement or insurance proceeds. Additionally, 45 CFR 30.14(a) provides that a debtor may either pay the debt, or be liable for interest on the uncollectible debt while a waiver determination, appeal, or a formal or informal review of the debt is pending.

67140872.719

EXHIBIT
tabbies
C

Therefore, assessment of interest may not be suspended solely because further review may be requested. Interest will be assessed at the rate of 12.000%. It should be noted, however, that you may repay the debt to avoid accruing charges, but retain your right to dispute, appeal, or request waiver of the debt. If you succeed in your appeal or waiver request, Medicare will refund your money.

If you do not repay this overpayment, Medicare has the authority to refer it to the Social Security Administration or Railroad Retirement Board for further recovery action, which may result in the overpayment being deducted from any monthly Social Security or Railroad Retirement benefits to which you may be entitled.

The law requires that you must repay an overpayment to Medicare unless both of the following conditions are met:

(1) This overpayment was not your fault, because the information you gave us with your claim was correct and complete as far as you knew, and, when the Medicare payment was made, you thought that it was the right payment for your claim,

**AND**

(2) Paying back this money would cause financial hardship **OR** would be unfair for some other reason.

If you believe that **BOTH** of the conditions above apply in your case, please let us know, giving a brief statement of your reasons. You will be sent a form asking for information about your income, assets, and expenses, and requesting that you explain why you believe you are entitled to waiver of the overpayment. We will notify you if recovery of this overpayment can be waived.

You may appeal our decision if: you disagree that you received an overpayment; or you disagree with the amount of overpayment; or you disagree with our decision not to waive your repayment of the overpayment.

For Part A and B services, you must appeal within 120 days from the date of your receipt of this determination. This filing will permit both appeals to be resolved efficiently. Appeals should be requested in writing to:

Mutual of Omaha Insurance Company
Medicare Secondary Payer
P.O. Box 1602
Omaha, Nebraska 68101

If you decide to appeal this determination further, and if you want help with your appeal, you can have a friend, lawyer, or someone else help you. Some lawyers do not charge unless you win your appeal. There are groups, such as lawyer referral services, that can help you find a lawyer. There are also groups, such as legal aid services, who will provide free legal services if you qualify.

If you have any questions about this letter, you may contact either this office or any Social Security office.

Sincerely,

Jaime Johnson

Jaime Johnson
Accounts Receivable Analyst
Medicare Secondary Payer
(402) 351-8279 Fax (402) 351-3521
Business Hours 7:00 a.m. - 4:30 p.m. Monday-Friday Central Time

Enc.

cc: FILE COPY

# MEDICARE LIABILITY SETTLEMENT
# CLAIM REIMBURSEMENT SUMMARY

BENEFICIARY SETH FREEMAN HIC: 504828595A

DATE OF ACCIDENT OR INJURY: 07/01/1996

1. Amount of Settlement: $57,523.44

2. Medicare Payments
   MUTUAL OF OMAHA MEDICARE, PART A $57,523.44

3. Total Medicare Payments: $57,523.44

4. Attorney Fees $0.00

5. Other Procurement Costs Incurred (per attorney): $0.00

6. Total Procurement Costs (Line 4 + Line 5): $0.00

7. Ratio of Procurement Costs to Settlement **(Line 6/ Line 1, carried out 7 decimal places):** 0.0000000

8. Medicare's Share of Procurement Costs (Line 3 x Line 7): $0.00

9. **Total Medicare Payment To Be Repaid:** $57,523.44
   (Line 3 minus Line 8 OR Line 1 minus Line 6
   if Line 3 is greater than Line 1

PLEASE PREPARE THE CHECK EXACTLY AS SPECIFIED BELOW

MEDICARE - MUTUAL OF OMAHA $ 57,523.44

Federal Tax ID # 470246511

Please include the Beneficiary's name and HIC on the check
Please include Attorney's tax ID on letter sent with check
If any questions should arise, please call:

at: JAIME JOHNSON Date 06/16/2005

402-351-8279

# Payment Summary Form

Report Number: RMCAN-5-5
Contractor: MUTUAL LEAD FI

Date: 06/16/2005
Time: 15:03:55
Page 1 of 10

**Beneficiary Name:** FREEMAN, SETH A
**Beneficiary HICN:** 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A

**Case ID:** 2004329-09-000340
**Case Type:** Liability
**Date of Incident:** 7/1/1996

| TOS | ICN | Line # | Processing Contractor | Provider Name | Diagnosis Codes | From Date | To Date | Total Charges | Reimbursed Amount | Conditional Payment |
|---|---|---|---|---|---|---|---|---|---|---|
| 71 | 452802322664330 | 1 | 900 | MULGREW, PARAIC J | 585, 78701, 78791 | 11/2/2002 | 11/2/2002 | $190.00 | $113.94 | $113.94 |
| 71 | 452802322664330 | 2 | 900 | MULGREW, PARAIC J | 585, 78701, 78791 | 11/3/2002 | 11/3/2002 | $75.00 | $24.58 | $24.58 |
| 71 | 452802322664330 | 3 | 900 | MULGREW, PARAIC J | 585, 78701, 78791 | 11/4/2002 | 11/4/2002 | $110.00 | $68.43 | $68.43 |
| 71 | 452802315219920 | 1 | 900 | 504587 | 585 | 11/2/2002 | 11/2/2002 | $375.00 | $209.62 | $209.62 |
| 71 | 452802315219920 | 2 | 900 | 504587 | 585 | 11/2/2002 | 11/2/2002 | $380.00 | $126.65 | $126.65 |
| 71 | 452802315219920 | 3 | 900 | 504587 | 585 | 11/2/2002 | 11/2/2002 | $67.00 | $4.98 | $4.98 |
| 71 | 452802315219920 | 4 | 900 | 504587 | 585 | 11/2/2002 | 11/2/2002 | $15.00 | $12.00 | $12.00 |
| 71 | 1071880521600 | 1 | 11260 | 000010642 | 58381, 585 | 5/5/1997 | 5/5/1997 | $25.00 | $15.25 | $15.25 |
| 71 | 5070760366910 | 1 | 11260 | YOUNG, MICHAEL A | 585 | 1/1/1997 | 1/1/1997 | $232.98 | $162.68 | $162.68 |
| 71 | 5070760367000 | 1 | 11260 | YOUNG, MICHAEL A | 585 | 2/1/1997 | 2/1/1997 | $232.98 | $162.68 | $162.68 |
| 71 | 5070990331000 | 1 | 11260 | YOUNG, MICHAEL A | 585 | 3/1/1997 | 3/1/1997 | $214.05 | $162.68 | $162.68 |
| 71 | 5071290735100 | 1 | 11260 | YOUNG, MICHAEL A | 585 | 4/1/1997 | 4/1/1997 | $214.05 | $162.68 | $162.68 |
| 71 | 5071630471500 | 1 | 11260 | YOUNG, MICHAEL A | 585 | 5/1/1997 | 5/1/1997 | $214.05 | $162.68 | $162.68 |
| 71 | 451597265839110 | 1 | 900 | LAYNE, OTTIS L | 7851, 78702, 9925 | 7/27/1997 | 7/27/1997 | $163.00 | $65.10 | $65.10 |
| 71 | 452297248483870 | 1 | 900 | WALL, MICHAEL N | 585 | 7/9/1997 | 7/31/1997 | $230.00 | $126.96 | $126.96 |
| 71 | 452297248483870 | 2 | 900 | WALL, MICHAEL N | 585 | 8/1/1997 | 8/1/1997 | $300.00 | $163.26 | $163.26 |
| 71 | 452297303458610 | 1 | 900 | ALVIS, MILTON E | 2765, 2768, 5589, 585 | 10/24/1997 | 10/24/1997 | $19.00 | $8.12 | $8.12 |
| 71 | 452297309229740 | 1 | 900 | ARKANGEL, CARMELITO | 585, 7806 | 10/24/1997 | 10/24/1997 | $116.00 | $44.74 | $44.74 |

Report Number: RMCAN-5-5
Contractor: MUTUAL LEAD FI

Date: 06/16/2005
Time: 15:03:55


**Beneficiary Name:** FREEMAN, SETH A
**Beneficiary HICN:** 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A

**Case ID:** 2004329-09-000340
**Case Type:** Liability
**Date of Incident:** 7/1/1996

| TOS | ICN | Line # | Processing Contractor | Provider Name | Diagnosis Codes | From Date | To Date | Total Charges | Reimbursed Amount | Conditional Payment |
|---|---|---|---|---|---|---|---|---|---|---|
| 71 | 452297309229830 | 1 | 900 | RATNER, EVAN S | 585, 78702 | 10/24/1997 | 10/24/1997 | $162.00 | $68.52 | $68.52 |
| 71 | 452297314672370 | 1 | 900 | PLAYER, DAVID M | 585 | 10/29/1997 | 10/30/1997 | $22.00 | $11.62 | $11.62 |
| 71 | 452297330416260 | 1 | 900 | WALL, MICHAEL N | 585 | 10/1/1997 | 10/24/1997 | $240.00 | $132.48 | $132.48 |
| 71 | 452297344563420 | 1 | 900 | PLAYER, DAVID M | 585 | 11/1/1997 | 11/1/1997 | $330.00 | $171.86 | $171.86 |
| 71 | 452298014725270 | 1 | 900 | PLAYER, DAVID M | 585 | 12/1/1997 | 12/1/1997 | $330.00 | $171.86 | $171.86 |
| 71 | 452897304061290 | 1 | 900 | WALL, MICHAEL N | 585 | 9/1/1997 | 9/1/1997 | $300.00 | $163.26 | $163.26 |
| 71 | 5071980400200 | 1 | 11260 | YOUNG, MICHAEL A | 585 | 6/1/1997 | 6/11/1997 | $80.30 | $61.03 | $61.03 |
| 71 | 5072240325400 | 1 | 11260 | YOUNG, MICHAEL A | 585 | 7/1/1997 | 7/4/1997 | $29.20 | $22.19 | $22.19 |
| 71 | 595172511242800 | 1 | 590 | 10L0009043 | 280, 2859, 585 | 7/10/1997 | 7/10/1997 | $104.18 | $0.00 | $0.00 |
| 71 | 595172511242800 | 2 | 590 | 10L0009043 | 280, 2859, 585 | 7/10/1997 | 7/10/1997 | $29.05 | $0.00 | $0.00 |
| 71 | 595172511242800 | 3 | 590 | 10L0009043 | 280, 2859, 585 | 7/10/1997 | 7/10/1997 | $23.77 | $9.51 | $9.51 |
| 71 | 595172511242800 | 4 | 590 | 10L0009043 | 280, 2859, 585 | 7/10/1997 | 7/10/1997 | $33.85 | $0.00 | $0.00 |
| 71 | 595172511242800 | 5 | 590 | 10L0009043 | 280, 2859, 585 | 7/10/1997 | 7/10/1997 | $15.25 | $6.10 | $6.10 |
| 71 | 595172511242800 | 6 | 590 | 10L0009043 | 280, 2859, 585 | 7/10/1997 | 7/10/1997 | $51.75 | $20.70 | $20.70 |
| 71 | 595172511242800 | 7 | 590 | 10L0009043 | 280, 2859, 585 | 7/10/1997 | 7/10/1997 | $53.47 | $21.39 | $21.39 |
| 71 | 595172511242800 | 8 | 590 | 10L0009043 | 280, 2859, 585 | 7/10/1997 | 7/10/1997 | $146.45 | $58.58 | $58.58 |
| 71 | 595172511242800 | 9 | 590 | 10L0009043 | 280, 2859, 585 | 7/10/1997 | 7/10/1997 | $90.42 | $36.17 | $36.17 |
| 71 | 595172511242800 | 10 | 590 | 10L0009043 | 280, 2859, 585 | 7/10/1997 | 7/10/1997 | $52.17 | $20.87 | $20.87 |
| 71 | 595172511242800 | 11 | 590 | 10L0009043 | 280, 2859, 585 | 7/10/1997 | 7/10/1997 | $29.00 | $11.60 | $11.60 |
| 71 | 595172511242800 | 12 | 590 | 10L0009043 | 280, 2859, 585 | 7/10/1997 | 7/10/1997 | $14.00 | $5.60 | $5.60 |
| 71 | 595172511242810 | 1 | 590 | 10L0009043 | 280, 2859, 585 | 7/10/1997 | 7/10/1997 | $23.00 | $9.20 | $9.20 |
| 71 | 595172511242810 | 2 | 590 | 10L0009043 | 280, 2859, 585 | 7/10/1997 | 7/10/1997 | $31.00 | $12.40 | $12.40 |

Report Number: RMCAN-5-5
Contractor: MUTUAL LEAD FI

Date: 06/16/2005
Time: 15:03:55


Beneficiary Name: FREEMAN, SETH A
Beneficiary HICN: 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A

Case ID: 2004329-09-000340
Case Type: Liability
Date of Incident: 7/1/1996

| TOS | ICN | Line # | Processing Contractor | Provider Name | Diagnosis Codes | From Date | To Date | Total Charges | Reimbursed Amount | Conditional Payment |
|---|---|---|---|---|---|---|---|---|---|---|
| 71 | 595172511242810 | 3 | 590 | 10L0009043 | 280, 2859, 585 | 7/10/1997 | 7/10/1997 | $48.32 | $19.33 | $19.33 |
| 71 | 595172877631900 | 1 | 590 | 10L0009043 | 2724, 2752, 2859, 585 | 10/8/1997 | 10/8/1997 | $15.25 | $6 10 | $6.10 |
| 71 | 595172877631900 | 2 | 590 | 10L0009043 | 2724, 2752, 2859, 585 | 10/8/1997 | 10/8/1997 | $146.45 | $58 58 | $58.58 |
| 71 | 595172877631900 | 3 | 590 | 10L0009043 | 2724, 2752, 2859, 585 | 10/8/1997 | 10/8/1997 | $29.05 | $0.00 | $0.00 |
| 71 | 595172877631900 | 4 | 590 | 10L0009043 | 2724, 2752, 2859, 585 | 10/8/1997 | 10/8/1997 | $33.85 | $13.54 | $13.54 |
| 71 | 595172877631900 | 5 | 590 | 10L0009043 | 2724, 2752, 2859, 585 | 10/8/1997 | 10/8/1997 | $23.77 | $9.51 | $9.51 |
| 71 | 595172877631900 | 6 | 590 | 10L0009043 | 2724, 2752, 2859, 585 | 10/8/1997 | 10/8/1997 | $23.00 | $9.20 | $9.20 |
| 71 | 595172877631900 | 7 | 590 | 10L0009043 | 2724, 2752, 2859, 585 | 10/8/1997 | 10/8/1997 | $48.32 | $19 33 | $19.33 |
| 71 | 595172877631900 | 8 | 590 | 10L0009043 | 2724, 2752, 2859, 585 | 10/8/1997 | 10/8/1997 | $31.00 | $12.40 | $12 40 |
| 71 | 595172877631900 | 9 | 590 | 10L0009043 | 2724, 2752, 2859, 585 | 10/8/1997 | 10/8/1997 | $90.42 | $36.17 | $36.17 |
| 71 | 595172877631900 | 10 | 590 | 10L0009043 | 2724, 2752, 2859, 585 | 10/8/1997 | 10/8/1997 | $27.83 | $11.13 | $11.13 |
| 71 | 595172877631900 | 11 | 590 | 10L0009043 | 2724, 2752, 2859, 585 | 10/8/1997 | 10/8/1997 | $14.00 | $5.60 | $5.60 |
| 71 | 5063530803800 | 1 | 11260 | LONG, JOHN W | 585, 99673 | 8/22/1996 | 8/22/1996 | $40.01 | $16.06 | $16.06 |
| 71 | 5070291426700 | 1 | 11260 | 000010642 | V726, 585 | 12/2/1996 | 12/2/1996 | $25.00 | $14.84 | $14.84 |
| 71 | 5070760366900 | 1 | 11260 | YOUNG, MICHAEL A | 585 | 8/14/1996 | 8/31/1996 | $142.74 | $108.48 | $108 48 |
| 71 | 5070760366900 | 2 | 11260 | YOUNG, MICHAEL A | 585 | 9/1/1996 | 9/1/1996 | $232.98 | $177.06 | $177.06 |
| 71 | 5070760366900 | 3 | 11260 | YOUNG, MICHAEL A | 585 | 10/1/1996 | 10/1/1996 | $232.98 | $177.06 | $177.06 |
| 71 | 5070760366900 | 4 | 11260 | YOUNG, MICHAEL A | 585 | 11/1/1996 | 11/1/1996 | $232.98 | $177 06 | $177.06 |

Report Number: RMCAN-5-5

Contractor: MUTUAL LEAD FI

Date: 06/16/2005

Time: 15:03:55



**Beneficiary Name:** FREEMAN, SETH A

**Beneficiary HICN:** 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A

**Case ID:** 2004329-09-000340

**Case Type:** Liability

**Date of Incident:** 7/1/1996

| TOS | ICN | Line # | Processing Contractor | Provider Name | Diagnosis Codes | From Date | To Date | Total Charges | Reimbursed Amount | Conditional Payment |
|---|---|---|---|---|---|---|---|---|---|---|
| 71 | 5070760366900 | 5 | 11260 | YOUNG, MICHAEL A | 585 | 12/1/1996 | 12/1/1996 | $232.98 | $177.06 | $177.06 |
| 71 | 5070863946100 | 1 | 11260 | JENNETT, RICHARD B | 4279 | 12/9/1996 | 12/9/1996 | $25.00 | $9.04 | $9.04 |
| 71 | 5070863960100 | 1 | 11260 | TRITZ, JAMES F | 4279 | 12/9/1996 | 12/9/1996 | $150.00 | $33.24 | $33.24 |
| 71 | 540797031060770 | 1 | 31140 | ZZZ59406Z | V726, 585, 9858 | 8/8/1996 | 8/8/1996 | $41.00 | $17.20 | $17.20 |
| 71 | 540797031060770 | 2 | 31140 | 05L0009406 | V726, 585, 9858 | 8/8/1996 | 8/8/1996 | $25.00 | $0.00 | $0.00 |
| 71 | 540997058183300 | 1 | 31140 | ZZZ59406Z | 2724, 2859, 2875, 585 | 7/9/1996 | 7/9/1996 | $52.50 | $18 83 | $18.83 |
| 71 | 540997058183300 | 2 | 31140 | ZZZ59406Z | 2724, 2859, 2875, 585 | 7/9/1996 | 7/9/1996 | $42.50 | $14.27 | $14.27 |
| 71 | 540997058183300 | 3 | 31140 | ZZZ59406Z | 2724, 2859, 2875, 585 | 7/9/1996 | 7/9/1996 | $21.50 | $6.18 | $6.18 |
| 71 | 540997058183300 | 4 | 31140 | ZZZ59406Z | 2724, 2859, 2875, 585 | 7/9/1996 | 7/9/1996 | $21.50 | $5.53 | $5.53 |
| 71 | 540997058183300 | 5 | 31140 | ZZZ59406Z | 2724, 2859, 2875, 585 | 7/9/1996 | 7/9/1996 | $22.50 | $8.95 | $8.95 |
| 71 | 540997058183300 | 6 | 31140 | ZZZ59406Z | 2724, 2859, 2875, 585 | 7/9/1996 | 7/9/1996 | $25.50 | $9.42 | $9.42 |
| 71 | 540997058183300 | 7 | 31140 | ZZZ59406Z | 2724, 2859, 2875, 585 | 7/9/1996 | 7/9/1996 | $44.50 | $14.84 | $14.84 |
| 71 | 540997058183300 | 8 | 31140 | ZZZ59406Z | 2724, 2859, 2875, 585 | 7/9/1996 | 7/9/1996 | $120.00 | $35.22 | $35.22 |
| 71 | 540997058183300 | 9 | 31140 | ZZZ59406Z | 2724, 2859, 2875, 585 | 7/9/1996 | 7/9/1996 | $140.00 | $57.04 | $57.04 |
| 71 | 540997058183300 | 10 | 31140 | ZZZ59406Z | 2724, 2859, 2875, 585 | 7/9/1996 | 7/9/1996 | $55.00 | $18.52 | $18.52 |
| 71 | 540997058183300 | 11 | 31140 | ZZZ59406Z | 2724, 2859, 2875, 585 | 7/9/1996 | 7/9/1996 | $38.00 | $11.70 | $11.70 |
| 71 | 540997058183320 | 1 | 31140 | ZZZ59406Z | 2449, 2859, 2875, 585 | 8/6/1996 | 8/6/1996 | $38.00 | $11.99 | $11.99 |
| 71 | 540997058183320 | 2 | 31140 | ZZZ59406Z | 2449, 2859, 2875, 585 | 8/6/1996 | 8/6/1996 | $42.50 | $14.27 | $14.27 |

Report Number: RMCAN-5-5
Contractor: MUTUAL LEAD FI

Date: 06/16/2005
Time: 15:03:55


**Beneficiary Name:** FREEMAN, SETH A
**Beneficiary HICN:** 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A

**Case ID:** 2004329-09-000340
**Case Type:** Liability
**Date of Incident:** 7/1/1996

| TOS | ICN | Line # | Processing Contractor | Provider Name | Diagnosis Codes | From Date | To Date | Total Charges | Reimbursed Amount | Conditional Payment |
|---|---|---|---|---|---|---|---|---|---|---|
| 71 | 540997058183320 | 3 | 31140 | ZZZ59406Z | 2449, 2859, 2875, 585 | 8/6/1996 | 8/6/1996 | $21.50 | $6.18 | $6.18 |
| 71 | 540997058183320 | 4 | 31140 | ZZZ59406Z | 2449, 2859, 2875, 585 | 8/6/1996 | 8/6/1996 | $52 50 | $18.83 | $18.83 |
| 71 | 540997058183320 | 5 | 31140 | ZZZ59406Z | 2449, 2859, 2875, 585 | 8/6/1996 | 8/6/1996 | $85.00 | $41.67 | $41.67 |
| 71 | 963475746450000 | 1 | 5440 | 44L0008038 | V726, 585 | 9/2/1996 | 9/2/1996 | $21.00 | $11.77 | $11.77 |
| 71 | 963475746460000 | 1 | 5440 | 44L0008038 | V726, 2521, 585 | 10/7/1996 | 10/7/1996 | $86.00 | $55.71 | $55 71 |
| 71 | 963475746460000 | 2 | 5440 | 44L0008038 | V726, 2521, 585 | 10/7/1996 | 10/7/1996 | $21.00 | $11.77 | $11.77 |
| 71 | 452200301441290 | 1 | 900 | RAMIREZ, OSCAR E | 4019, 585, 9588 | 10/9/2000 | 10/9/2000 | $480.00 | $107.39 | $107.39 |
| 71 | 452200301441290 | 2 | 900 | RAMIREZ, OSCAR E | 4019, 585, 9588 | 10/9/2000 | 10/9/2000 | $480.00 | $69.16 | $69.16 |
| 71 | 452200301441300 | 1 | 900 | RAMIREZ, OSCAR E | 4019, 585, 9588 | 10/10/2000 | 10/10/2000 | $180.00 | $40.27 | $40.27 |
| 71 | 231103321025340 | 1 | 523 | LLORENS, REBECCA F | 27801, 585 | 11/12/2003 | 11/12/2003 | $45.00 | $16.88 | $16 88 |
| 71 | 452803246342650 | 1 | 900 | FISCHER, RICHARD E | 4019, 585, 78900 | 8/13/2003 | 8/13/2003 | $180.00 | $104.04 | $104.04 |
| 71 | 452803246342650 | 2 | 900 | FISCHER, RICHARD E | 4019, 585, 78900 | 8/14/2003 | 8/15/2003 | $190.00 | $116.11 | $116.11 |
| 71 | 452804303580520 | 1 | 900 | AMB302 | 585, 78960, 99680 | 8/12/2003 | 8/12/2003 | $450.00 | $208.55 | $208.55 |
| 71 | 452804303580520 | 2 | 900 | AMB302 | 585, 78960, 99680 | 8/12/2003 | 8/12/2003 | $250.00 | $81.72 | $81.72 |
| 71 | 452298069048440 | 1 | 900 | PLAYER, DAVID M | 585 | 2/1/1998 | 2/1/1998 | $330.00 | $176.54 | $176.54 |
| 71 | 451598230003560 | 1 | 900 | TECUANHUEY, LEOPOLDO V | 585 | 4/25/1998 | 4/25/1998 | $775.00 | $249.68 | $249 68 |
| 71 | 452298121633430 | 1 | 900 | WRIGHT, FRANCIS H | 2799, 585 | 4/25/1998 | 4/25/1998 | $118.00 | $52.17 | $52.17 |
| 71 | 452298121633430 | 2 | 900 | WRIGHT, FRANCIS H | 2799, 585 | 4/25/1998 | 4/25/1998 | $3,663.00 | $1,560.50 | $1,560.50 |
| 71 | 452298121633430 | 3 | 900 | WRIGHT, FRANCIS H | 2799, 585 | 4/26/1998 | 4/26/1998 | $205.00 | $65.04 | $65.04 |
| 71 | 452298121633430 | 4 | 900 | 89W641 | 2799, 585 | 4/27/1998 | 4/28/1998 | $250.00 | $0.00 | $0.00 |

Report Number. RMCAN-5-5
Contractor. MUTUAL LEAD FI

Date: 06/16/2005
Time: 15:03:55


**Beneficiary Name:** FREEMAN, SETH A
**Beneficiary HICN:** 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A

**Case ID:** 2004329-09-000340
**Case Type:** Liability
**Date of Incident:** 7/1/1996

| TOS | ICN | Line # | Processing Contractor | Provider Name | Diagnosis Codes | From Date | To Date | Total Charges | Reimbursed Amount | Conditional Payment |
|---|---|---|---|---|---|---|---|---|---|---|
| 71 | 452298121633430 | 5 | 900 | 89W641 | 2799, 585 | 4/29/1998 | 4/29/1998 | $125.00 | $0.00 | $0.00 |
| 71 | 452298126778420 | 1 | 900 | COHEN, ROBERT J | 585 | 4/25/1998 | 4/25/1998 | $1,259.50 | $290.92 | $290.92 |
| 71 | 452298126778420 | 2 | 900 | COHEN, ROBERT J | 585 | 4/25/1998 | 4/25/1998 | $220.00 | $65 04 | $65.04 |
| 71 | 452298132111800 | 1 | 900 | PLAYER, DAVID M | 585 | 4/1/1998 | 4/24/1998 | $264.00 | $143.23 | $143 23 |
| 71 | 452298135386010 | 1 | 900 | ISBELL, MELISSA M | 2767, 40391, 5839, 585 | 4/25/1998 | 4/25/1998 | $165.00 | $102.53 | $102.53 |
| 71 | 452298135386010 | 2 | 900 | ISBELL, MELISSA M | 2767, 40391, 5839, 585 | 4/25/1998 | 4/25/1998 | $250.00 | $68 99 | $68.99 |
| 71 | 452298135386010 | 3 | 900 | ISBELL, MELISSA M | 2767, 40391, 5839, 585 | 4/26/1998 | 4/26/1998 | $85.00 | $40.24 | $40.24 |
| 71 | 452298098049990 | 1 | 900 | PLAYER, DAVID M | 585 | 3/1/1998 | 3/1/1998 | $330.00 | $176.54 | $176.54 |
| 71 | 452298041079300 | 1 | 900 | PLAYER, DAVID M | 585 | 1/1/1998 | 1/12/1998 | $132.00 | $71 62 | $71.62 |
| 71 | 452298041079300 | 2 | 900 | PLAYER, DAVID M | 585 | 1/15/1998 | 1/30/1998 | $176.00 | $95.49 | $95 49 |
| 71 | 452298043072840 | 1 | 900 | VILLARREAL, VICTOR H | 585 | 1/13/1998 | 1/13/1998 | $11.00 | $5.97 | $5.97 |
| 71 | 231104343206810 | 1 | 523 | ENSLING, MYRIAM C | 5839, 585 | 12/1/2004 | 12/1/2004 | $145.00 | $59.42 | $59.42 |
| 71 | 231104350363080 | 1 | 523 | ENSLING, MYRIAM C | 585, 5939 | 12/2/2004 | 12/2/2004 | $102.00 | $41.78 | $41.78 |
| 71 | 231104350363090 | 1 | 523 | ENSLING, MYRIAM C | 5839, 585 | 12/3/2004 | 12/3/2004 | $129.00 | $52.80 | $52.80 |
| 71 | 231104350363100 | 1 | 523 | ENSLING, MYRIAM C | 4019, 5839, 5849, 585 | 12/6/2004 | 12/6/2004 | $145.00 | $59.42 | $59.42 |
| 71 | 231104350363110 | 1 | 523 | ENSLING, MYRIAM C | 4019, 5839, 5849, 585 | 12/7/2004 | 12/7/2004 | $145.00 | $59.42 | $59 42 |
| 71 | 231104351297160 | 1 | 523 | CLARK, DAVID B | 5839, 585 | 12/2/2004 | 12/2/2004 | $930.00 | $200.45 | $200.45 |
| 71 | 231104351298160 | 1 | 523 | KHANNA, RAMESH | 2766, 5810, 585, 58881 | 12/5/2004 | 12/5/2004 | $270.00 | $53.96 | $53.96 |
| 71 | 231104355267290 | 1 | 523 | ENSLING, MYRIAM C | 4019, 5839, 5849, 585 | 12/8/2004 | 12/8/2004 | $145.00 | $59.42 | $59.42 |

Report Number: RMCAN-5-5
Contractor: MUTUAL LEAD FI

Date: 06/16/2005
Time: 15:03:55


Beneficiary Name: FREEMAN, SETH A
Beneficiary HICN: 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A

Case ID: 2004329-09-000340
Case Type: Liability
Date of Incident: 7/1/1996

| TOS | ICN | Line # | Processing Contractor | Provider Name | Diagnosis Codes | From Date | To Date | Total Charges | Reimbursed Amount | Conditional Payment |
|---|---|---|---|---|---|---|---|---|---|---|
| 71 | 231104355268500 | 1 | 523 | NICHOLS, WALTER K | 585 | 12/2/2004 | 12/2/2004 | $1,940.00 | $528.44 | $528 44 |
| 71 | 231104355268500 | 2 | 523 | NICHOLS, WALTER K | 585 | 12/2/2004 | 12/2/2004 | $827.00 | $132.25 | $132.25 |
| 71 | 231104355268500 | 3 | 523 | NICHOLS, WALTER K | 585 | 12/2/2004 | 12/2/2004 | $40.00 | $12.68 | $12.68 |
| 71 | 231104351298180 | 1 | 523 | MISRA, MADHUKER | 5810, 585, 58881, 99681 | 12/1/2004 | 12/1/2004 | $145.00 | $59.42 | $59.42 |
| 71 | 231104351298180 | 2 | 523 | MISRA, MADHUKER | 5810, 585, 58881, 99681 | 12/3/2004 | 12/3/2004 | $270.00 | $53.96 | $53.96 |
| 71 | 231104343206820 | 1 | 523 | ENSLING, MYRIAM C | 5839, 585 | 11/30/2004 | 11/30/2004 | $288.00 | $117.96 | $117.96 |
| 71 | 231104343204340 | 1 | 523 | LUGER, ALAN M | V5861, 5849, 585, 78650 | 11/30/2004 | 11/30/2004 | $283.50 | $226.80 | $226.80 |
| 71 | 231104351298170 | 1 | 523 | MISRA, MADHUKER | 5810, 585, 58881, 99681 | 11/30/2004 | 11/30/2004 | $260.00 | $106.52 | $106.52 |
| 71 | 231104351298170 | 2 | 523 | MISRA, MADHUKER | 5810, 585, 58881, 99681 | 11/30/2004 | 11/30/2004 | $450.00 | $104.26 | $104.26 |
| 71 | 231105004316050 | 1 | 523 | KHANNA, RAMESH | 2766, 5810, 585, 58881 | 12/7/2004 | 12/7/2004 | $270.00 | $53 96 | $53.96 |
| 71 | 231105004316060 | 1 | 523 | KHANNA, RAMESH | 2766, 5810, 585, 58881 | 12/6/2004 | 12/6/2004 | $270.00 | $53.96 | $53.96 |
| 71 | 231105004316060 | 2 | 523 | KHANNA, RAMESH | 2766, 5810, 585, 58881 | 12/8/2004 | 12/8/2004 | $270.00 | $53.96 | $53.96 |
| 71 | 231105026529590 | 1 | 523 | 000010642 | V726, 2449, 2809, 585 | 12/14/2004 | 12/14/2004 | $60.00 | $17.84 | $17 84 |
| 71 | 231105026529590 | 2 | 523 | 000010642 | V726, 2449, 2809, 585 | 12/14/2004 | 12/14/2004 | $96.00 | $19.03 | $19.03 |
| 71 | 231105026529590 | 3 | 523 | 000010642 | V726, 2449, 2809, 585 | 12/14/2004 | 12/14/2004 | $38.00 | $14.17 | $14.17 |
| 71 | 231105026529590 | 4 | 523 | 000010642 | V726, 2449, 2809, 585 | 12/14/2004 | 12/14/2004 | $30 50 | $9.05 | $9.05 |
| 71 | 231105026529590 | 5 | 523 | 000010642 | V726, 2449, 2809, 585 | 12/14/2004 | 12/14/2004 | $48.00 | $15.01 | $15.01 |

Report Number: RMCAN-5-5

Contractor: MUTUAL LEAD FI

Date: 06/16/2005

Time: 15:03:55



**Beneficiary Name:** FREEMAN, SETH A

**Beneficiary HICN:** 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A

**Case ID:** 2004329-09-000340

**Case Type:** Liability

**Date of Incident:** 7/1/1996

| TOS | ICN | Line # | Processing Contractor | Provider Name | Diagnosis Codes | From Date | To Date | Total Charges | Reimbursed Amount | Conditional Payment |
|---|---|---|---|---|---|---|---|---|---|---|
| 71 | 231105026529590 | 6 | 523 | 000010642 | V726, 2449, 2809, 585 | 12/14/2004 | 12/14/2004 | $71.50 | $19.94 | $19.94 |
| 71 | 231105026529590 | 7 | 523 | 000010642 | V726, 2449, 2809, 585 | 12/14/2004 | 12/14/2004 | $26.50 | $9.61 | $9.61 |
| 71 | 231105017094590 | 1 | 523 | KHANNA, RAMESH | 585 | 12/17/2004 | 12/17/2004 | $214.01 | $171.21 | $171.21 |
| 71 | 231404350626510 | 1 | 523 | LUGER, ALAN M | 585 | 11/30/2004 | 11/30/2004 | $159.60 | $31.28 | $31.28 |
| 71 | 231404350626510 | 2 | 523 | LUGER, ALAN M | 585 | 11/30/2004 | 11/30/2004 | $116.55 | $30.38 | $30.38 |
| 71 | 231404350626510 | 3 | 523 | LUGER, ALAN M | 585 | 11/30/2004 | 11/30/2004 | $365.00 | $62.63 | $62.63 |
| 71 | 231404350626510 | 4 | 523 | LUGER, ALAN M | 585 | 11/30/2004 | 11/30/2004 | $115.50 | $27.91 | $27.91 |
| 40 | 1712813279 | – | 52280 | ST MARYS HEALTH CENTER | E8782, 99673 | 4/30/1997 | 4/30/1997 | $3,054.78 | $824.79 | $824.79 |
| 40 | 1703671203 | – | 101 | DIALYSIS CLINIC INC | 2859, 585 | 1/1/1997 | 1/31/1997 | $2,093.00 | $1,587.90 | $1,587.90 |
| 40 | 1707359846 | – | 101 | DIALYSIS CLINIC INC | 2859, 585 | 2/3/1997 | 2/28/1997 | $1,932.00 | $1,539.60 | $1,539.60 |
| 40 | 1709368253 | – | 101 | DIALYSIS CLINIC INC | 2859, 585 | 3/3/1997 | 3/31/1997 | $2,320.70 | $1,850.06 | $1,850.06 |
| 40 | 1712859765 | – | 101 | DIALYSIS CLINIC INC | 2809, 2859, 585 | 4/2/1997 | 4/30/1997 | $2,321.20 | $1,850 46 | $1,850 46 |
| 40 | 1716165736 | – | 101 | DIALYSIS CLINIC INC | 2809, 2859, 585 | 5/2/1997 | 5/30/1997 | $2,245.80 | $1,790.14 | $1,790.14 |
| 40 | 1718467782 | – | 101 | DIALYSIS CLINIC INC | 2809, 2859, 585 | 6/2/1997 | 6/30/1997 | $1,563.60 | $1,246.38 | $1,246.38 |
| 40 | 1721867743 | – | 101 | DIALYSIS CLINIC INC | 2809, 2859, 585 | 7/2/1997 | 7/4/1997 | $360.20 | $287.16 | $287.16 |
| 40 | 19730410543504 | – | 400 | SID PETERSON MEMORIAL HOSPITAL | 4019, 5589, 585 | 10/24/1997 | 10/24/1997 | $368.95 | $93.39 | $93.39 |
| 40 | 19721801850701 | – | 400 | GAMBRO HEALTHCARE-KERRVILLE | 585 | 7/9/1997 | 7/31/1997 | $1,287.00 | $1,024.10 | $1,024.10 |

Report Number: RMCAN-5-5

Contractor: MUTUAL LEAD FI

Date: 06/16/2005

Time: 15:03:55



**Beneficiary Name:** FREEMAN, SETH A

**Beneficiary HICN:** 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A

**Case ID:** 2004329-09-000340

**Case Type:** Liability

**Date of Incident:** 7/1/1996

| TOS | ICN | Line # | Processing Contractor | Provider Name | Diagnosis Codes | From Date | To Date | Total Charges | Reimbursed Amount | Conditional Payment |
|---|---|---|---|---|---|---|---|---|---|---|
| 40 | 19725301318801 | – | 400 | GAMBRO HEALTHCARE-KERRVILLE | 2809, 2859, 585 | 8/1/1997 | 8/31/1997 | $2,048.40 | $1,632.22 | $1,632.22 |
| 40 | 19728001951701 | – | 400 | GAMBRO HEALTHCARE-KERRVILLE | 2809, 2859, 585 | 9/1/1997 | 9/30/1997 | $1,863.60 | $1,484.38 | $1,484.38 |
| 40 | 19731000650701 | – | 400 | GAMBRO HEALTHCARE-KERRVILLE | 27540, 2859, 585 | 10/1/1997 | 10/23/1997 | $1,380.48 | $1,099.38 | $1,099.38 |
| 40 | 19719701307901 | – | 400 | NORTHWEST SAN ANTONIO DIALYSIS CENTER | 2809, 585 | 6/14/1997 | 6/20/1997 | $515.00 | $410.00 | $410.00 |
| 40 | 19731000289101 | – | 400 | NEW BRAUNFELS KIDNEY DISEASE CLINIC | 2848, 585, 5888 | 10/29/1997 | 10/30/1997 | $343.98 | $274.18 | $274.18 |
| 40 | 19733803016601 | – | 400 | NEW BRAUNFELS KIDNEY DISEASE CLINIC | V048, 2848, 585, 5888 | 11/1/1997 | 11/29/1997 | $2,183.03 | $1,740.88 | $1,740 88 |
| 40 | 19800602259101 | – | 400 | NEW BRAUNFELS KIDNEY DISEASE CLINIC | 2848, 585, 5888 | 12/2/1997 | 12/31/1997 | $2,589.38 | $2,064 50 | $2,064.50 |
| 40 | 19823311185104 | – | 400 | SID PETERSON MEMORIAL HOSPITAL | 25000, 4019, 585, 9925 | 7/27/1997 | 7/27/1997 | $368.25 | $119.34 | $119.34 |
| 40 | 1715412709 | – | 52280 | ST MARYS HEALTH CENTER | 585 | 8/22/1996 | 8/22/1996 | $151.30 | $40.85 | $40.85 |
| 40 | 1635511902 | – | 52280 | ST MARYS HEALTH CENTER | 4279 | 12/9/1996 | 12/9/1996 | $306.34 | $82.71 | $82.71 |
| 40 | 1634066936 | – | 101 | DIALYSIS CLINIC INC | 585 | 11/1/1996 | 11/29/1996 | $1,521.00 | $1,130 30 | $1,130.30 |
| 40 | 1700675595 | – | 101 | DIALYSIS CLINIC INC | 2859, 585 | 12/2/1996 | 12/30/1996 | $1,697.00 | $1,351.10 | $1,351.10 |
| 40 | 19802600000208 | – | 101 | DIALYSIS CLINIC INC | 585 | 8/14/1996 | 8/30/1996 | $936.00 | $744.80 | $744.80 |
| 40 | 19807512225704 | – | 101 | DIALYSIS CLINIC INC | 585 | 10/2/1996 | 10/30/1996 | $1,521.00 | $1,210.30 | $1,210.30 |

Report Number: RMCAN-5-5 | Date: 06/16/2005

Contractor MUTUAL LEAD FI | Time: 15:03:55



**Beneficiary Name:** FREEMAN, SETH A

**Beneficiary HICN:** 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A

**Case ID:** 2004329-09-000340

**Case Type:** Liability

**Date of Incident:** 7/1/1996

| TOS | ICN | Line # | Processing Contractor | Provider Name | Diagnosis Codes | From Date | To Date | Total Charges | Reimbursed Amount | Conditional Payment |
|---|---|---|---|---|---|---|---|---|---|---|
| 60 | 1730322210 | – | 52280 | METHODIST SPECIALTY AND TRANSPLANT HOS | 2765, 2768, 5589, 585 | 10/24/1997 | 10/26/1997 | $2,946.78 | $3,134.01 | $2,946.78 |
| 40 | 20427200380302 | – | 52280 | UNIVERSITY OF MISSOURI HOSPITAL & CLINICS | V0481, 27801, 585 | 11/12/2003 | 11/12/2003 | $278.25 | $87.39 | $87.39 |
| 40 | 19806301184101 | – | 400 | NEW BRAUNFELS KIDNEY DISEASE CLINIC | 2809, 2848, 585, 5888 | 2/3/1998 | 2/28/1998 | $2,450.15 | $1,954.12 | $1,954 12 |
| 40 | 19812600796101 | – | 400 | NEW BRAUNFELS KIDNEY DISEASE CLINIC | 2809, 2848, 585, 5888 | 4/2/1998 | 4/23/1998 | $1,721.23 | $1,371.98 | $1.371.98 |
| 40 | 19809301645301 | – | 400 | NEW BRAUNFELS KIDNEY DISEASE CLINIC | 2809, 2848, 585, 5888 | 3/3/1998 | 3/31/1998 | $2,444.54 | $1,949.13 | $1,949.13 |
| 40 | 19803600314501 | – | 400 | KIDNEY DISEASE CLINIC OF SAN A | 585 | 1/13/1998 | 1/13/1998 | $118.75 | $94.50 | $94.50 |
| 40 | 19803801031201 | – | 400 | NEW BRAUNFELS KIDNEY DISEASE CLINIC | 2809, 2848, 585, 5888 | 1/3/1998 | 1/31/1998 | $2,419.35 | $1,894.65 | $1,894.65 |
| 60 | 20435700370402 | – | 52280 | UNIVERSITY OF MISSOURI HOSPITAL & CLINICS | V420, 27801, 41400, 4280, 486, 585, 7801, 7806, 78099 | 12/4/2004 | 12/8/2004 | $16,617.84 | $9,164.77 | $9,164.77 |
| 40 | 20500500439702 | – | 101 | DIALYSIS CLINIC INC | 2809, 28521, 585, 58889 | 12/10/2004 | 12/31/2004 | $10,452.75 | $1,458.61 | $1,458.61 |
| 40 | 20503600674802 | – | 52280 | UNIVERSITY OF MISSOURI HOSPITAL & CLINICS | 78603, 99673, 99674 | 12/15/2004 | 12/15/2004 | $2,447.00 | $402.42 | $402.42 |

**Total Conditional Payment:** **$57,523.44**

6/28/05

To: ~~Terry Rostran~~ → JRB
713-650-1400 fax

client "C"

From: Seth A. Freeman
573-796-8383

RE: Medicare Charges

15 pages
(including cover)

**Heard, Robins, Cloud,**
**& Lubel, L.L.P.**

500 Dallas, Suite 3100, Houston, Texas 77002
(713) 650-1200 (713) 650-1400 - Fax

www.heardrobins.com

September 9, 2005

**VIA CERTIFIED MAIL/RRR**
Jamie Johnson
Mutual Of Omaha- Medicare Division
Accounts Receivable Analyst
P.O. Box 1602
Omaha, Nebraska 68101

RE: SETH FREEMAN
HIC No. 504 828 595A

Dear Ms, Johnson:

Please be advised that we represent Mr. Freeman in regards to the Baycol litigation. We are holding funds in trust pursuant to the settlement agreements to solve any applicable Medicare liens. As such, please direct all future correspondence to my attention.

Your correspondence to Mr. Freeman on June 16, 2005 indicates July 1, 1996 as the date of the incident in question. Our records indicate the incident giving rise to the Baycol claim began on September 26, 2000. It seems apparent from my review of the summary of charges you provided, that there are a number of charges that occurred before September 26, 2000 and there are a number of charges that appear unrelated to Mr. Freeman's Rhabdomyolysis. These should be deleted.

Please call me at your earliest convenience to discuss this issue.

Sincerely,

Lance Lubel

/pf

EXHIBIT
D

cc: Seth Freeman
3271 State Road K.K.
Fulton, Missouri 65251

Sean Brennan
Fulbright & Jaworski
2200 Ross Avene 2800
Dallas, Texas 75201

**Heard, Robins, Cloud, & Lubel, L.L.P.**

500 Dallas, Suite 3100, Houston, Texas 77002
(713) 650-1200 (713) 650-1400 - Fax

www.heardrobins.com

COPY

October 12, 2005

**VIA CERTIFIED MAIL/RRR**
Jamie Johnson
Mutual Of Omaha- Medicare Division
Accounts Receivable Analyst
P.O. Box 1602
Omaha, Nebraska 68101

RE: SETH FREEMAN
HIC No. 504 828 595A

Dear Ms, Johnson:

Please be advised that we represent Mr. Freeman in regards to the Baycol litigation. We are holding funds in trust pursuant to the settlement agreements to solve any applicable Medicare liens. As such, please direct all future correspondence to my attention.

Your correspondence to Mr. Freeman on June 16, 2005 indicates July 1, 1996 as the date of the incident in question. Our records indicate the incident giving rise to the Baycol claim began on September 26, 2000. It seems apparent from my review of the summary of charges you provided, that there are a number of charges that occurred before September 26, 2000 and there are a number of charges that appear unrelated to Mr. Freeman's Rhabdomyolysis. These should be deleted.

**Enclosed please find the executed release from our client.**

Please call me at your earliest convenience to discuss this issue.

Sincerely,

Lance Lubel

/pf
Enclosures: As stated

EXHIBIT
E

Beneficiary: SETH FREEMAN
HIC#: 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A
Date of Accident:

I authorize Medicare to release any Medicare information to my attorney, automobile medical or liability insurance company involved in this case.

This authorization will expire when the case is settled and closed by Medicare.

I understand that I have the right to take back my authorization at any time, in writing, except to the extent that Medicare has already acted based on my permission.

I understand refusal to authorize disclosure of my personal medical information will have no effect on my enrollment, eligibility for benefits, or the amount Medicare pays for the health services I receive.

I understand my personal medical information that I authorize Medicare to disclose may be subject to re-disclosure and no longer protected by law.

Please sign, date, and return to Mutual of Omaha Insurance Company, Medicare Division within 30 days. Please return to:

Mutual of Omaha Insurance Company
Medicare Secondary Payer
PO Box 1602
Omaha, NE 68101

*Signature of beneficiary or authorized representative

9/16/05
Date

* If the Medicare beneficiary is unable to sign this authorization and you have power of attorney or any other legal representation, please enclose documentation to support this.

CMS
CENTERS for MEDICARE & MEDICAID SERVICES

COB
MEDICARE - Coordination of Benefits
1-800-999-1118 or (TTY/TDD): 1-800-318-8782

# CONSENT TO RELEASE FORM

Kindly furnish LANCE H LUBEL with a copy of my

Medicare records relating to the illness/injury that occurred on: 07/01/1996.

Beneficiary HIC#: 504828595A

Beneficiary Name: SETH A FREEMAN

Beneficiary's Signature — Date Signed 9/10/05

Signature of Beneficiary's Legal Representative (if applicable) — Date Signed

Signature of Representing Attorney — Date Signed 10/12/05
LANCE H. LUBEL

Signature of Third Party (Insurer) — Date Signed

HEARD ★ ROBINS

HEARD ROBINS CLOUD & LUBEL LLP

December 6, 2005

Ms. Jamie Johnson
Mutual Of Omaha- Medicare Division
Accounts Receivable Analyst
P.O. Box 1602
Omaha, Nebraska 68101

*Via Facsimile (402) 351-1401*
*& U.S. Mail*

RE: SETH FREEMAN
HIC No. 504 828 595A
DOB 03/08/73

Dear Ms. Johnson:

It is my understanding that the above referenced matter has been referred to the Department of Treasury for collection of the outstanding lien. The lien was to be paid by August 16, 2005. The initial letter stating the lien amount and the due date was never sent to my office. I have sent previous correspondence dated September 9, 2005 and October 12, 2005 disputing the date of injury Medicare has listed for Mr. Freeman. It is my understanding that Medicare indicates July 1, 1996 as the date of the incident in question. Our records indicate the incident giving rise to the Baycol claim began on September 26, 2000. I have enclosed Plaintiff's Fact Sheet reflecting the correct date of injury for your review. The Medicare's payment summary form indicates the total lien is $57,423.44. My calculations show that of this amount, $42,487.03 in charges are before the date of injury and Medicare has paid $14,936.41 since September 26, 2000. Enclosed is a check in amount of $14,936.41 reflecting payment of charges incurred since September 26, 2000.

I have also been informed by your office that any Medicare claim made on behalf of Mr. Freeman will be denied until the lien is paid. I feel this is unjust to my client as my office has been diligently trying to resolve this issue without response from your office.

Thank you for your time and attention to this matter. Should you have any questions or comments, please do not hesitate to contact me.

Sincerely,

Lance H. Lubel

LHL/nkk



EXHIBIT
tabbies
F

**HEARD, ROBINS, CLOUD & LUBEL, LLP**
**OPERATING ACCOUNT**
500 Dallas, Suite 3100
Houston, TX 77002

ENCORE BANK
9 Greenway Plaza, #110
Houston, Texas 77046
35-9384/1130
50

007742

12/12/2005

PAY TO THE ORDER OF Mutual of Omaha Medicare $ **14,936.41

Fourteen Thousand Nine Hundred Thirty-Six and 41/100************************************************************ DOLLARS

Mutual of Omaha Medicare
MSP Unit
P.O. Box 1602
Omaha, NE 68101

MEMO Freeman 02-8108

NON-NEGOTIABLE

[redacted]

**Heard, Robins, Cloud & Lubel, LLP**

| | | |
|---|---|---|
| Mutual of Omaha Medicare | 12/12/2005 | 007742 |
| 1500 · Case Costs Receivable:1504 · Dru | | 14,936.41 |
| Encore - Operating Freeman 02-8108 | | 14,936.41 |

**Heard, Robins, Cloud & Lubel, LLP**

| | | |
|---|---|---|
| Mutual of Omaha Medicare | 12/12/2005 | 007742 |
| 1500 · Case Costs Receivable:1504 · Dru | | 14,936.41 |
| Encore - Operating Freeman 02-8108 | | 14,936.41 |

EXHIBIT G

CMS
CENTERS for MEDICARE & MEDICAID SERVICES

Mutual of Omaha

MUTUAL of OMAHA INSURANCE COMPANY
Medicare Division
P O. Box 1602 • Omaha, NE 68101
402 351 3502
(For Attorney/Insurers for Post-Settlement)
www.mutualmedicare.com
A CMS Contracted Intermediary

December 7, 2005

CERTIFIED MAIL---RRR

LANCE LUBEL
ATTORNEY AT LAW
500 DALLAS STE 3100
HOUSTON TX 77002

BE Control No. 2004329-09-000340

Beneficiary's Name: Seth Freeman
Beneficiary's HIC: 504828595A
Date of Accident: 07/01/1996
Debt Owed to Medicare: $60,399.61
Debt Identification Numbers: 52280

RECEIVED DEC 19 2005

Re: Defense Offered to Intent to Refer Letter Dated 08/16/2005

Dear Mr. Lubel:

We have reviewed the rebuttal (defense) you offered in your 10/12/2005 letter in response to our Intent to Refer Letter Dated 08/16/2005.

The rebuttal (defense) you offered does not constitute a valid documented defense because you would need to send in a copy of the court settlement showing the to and from date that you used for this case.. The underlying debt is valid and must be repaid.

Please refer to the Demand Letter dated 06/16/2005 for a summary of your obligations and Medicare's rights regarding collection of this debt.

If you have any further questions concerning this matter you may contact:

Mutual of Omaha Insurance Company
Medicare Division - MSP Unit
P.O. Box 1602
Omaha, Nebraska 68101

Sincerely,

41085075.686

EXHIBIT
tabbles
H

Tara Rief

Tara Rief
Accounts Receivable Analyst
Medicare Secondary Payer
(402) 351-3091 Fax (402) 351-1401
Business Hours 7:00 a.m. - 4:30 p.m. Monday-Friday Central Time

cc: SETH FREEMAN
PO BOX 287
CALIFORNIA MO 65018

FILE COPY

HEARD ★ ROBINS

HEARD ROBINS CLOUD & LUBEL LLP

December 22, 2005

Ms. Tara Rief
Mutual Of Omaha- Medicare Division
Accounts Receivable Analyst
P.O. Box 1602
Omaha, Nebraska 68101

***Via U.S. Mail***

RE: SETH FREEMAN
HIC No. 504 828 595A
DOB 03/08/73

Dear Ms. Rief:

I am in receipt of your letter dated December 7, 2005. Per your request, I am enclosing a copy of Plaintiff, Seth Freeman's Fact Sheet filed in his lawsuit stating the date of injury. In addition, I have enclosed portions of Mr. Freeman's deposition wherein he refers to the date he began taking Baycol.

As you may recall, I have been disputing the date of injury Medicare has listed for Seth Freeman now for sometime. Our records indicate the incident giving rise to the Baycol claim began on September 26, 2000, not July 1, 1996 as stated by Medicare. Please accept these documents as proof of the correct date of injury and accept the payment of $14,936.41, previously forwarded, as full and final release of Mr. Freeman's lien.

Thank you for your time and attention to this matter. Should you have any questions or comments, please do not hesitate to contact me.

Sincerely,

Lance H. Lubel

LHL/nkk

ONE ALLEN CENTER • 500 DALLAS, SUITE 3100 • HOUSTON, TEXAS 77002
(713) 650-1200 • FAX: (713) 650-1400 • www.heardrobins.com
*HOUSTON,* ... *M*

EXHIBIT
I

---

cc:

Mr. Douglas Beck **(w/out enclosures)**
Shook, Hardy & Bacon, L.L.P.
2555 Grand Blvd.
Kansas City, Missouri 64108-2613

Mr. Sean Brennan **(w/out enclosures)**
Fulbright & Jaworski
2200 Ross Avene 2800
Dallas, Texas 75201

Mr. Seth Freeman **(w/out enclosures)**
P.O. Box 287
California, MO 65018

# BAYCOL®

**MASTER FILE NO. 0247408**

| | | |
|---|---|---|
| | § | IN THE DISTRICT COURT OF |
| | § | |
| IN RE: TEXAS SECOND REGION | § | HARRIS COUNTY, TEXAS |
| BAYCOL LITIGATION | § | |
| | § | 295th JUDICIAL DISTRICT |

**CAUSE NO. A-020157-C**

| | | |
|---|---|---|
| PEARL M. BELL, ET AL | § | IN THE DISTRICT COURT OF |
| | § | |
| V. | § | ORANGE COUNTY, TEXAS |
| | § | |
| BAYER CORPORATION, ET AL | § | 128th JUDICIAL DISTRICT |

**PLAINTIFF, SETH FREEMAN'S FACT SHEET**

Each Plaintiff who used Baycol must complete this Fact Sheet. In completing this Fact Sheet, you are under oath and must provide information that is true and correct to the best of your knowledge. If you cannot recall all of the details requested, please provide as much information as you can. You may and should consult with your attorney if you have any questions regarding the completion of this form.

If you are completing the form for someone who has died or who cannot complete the Fact Sheet him/herself, please answer as completely as you can for that person. You may attach as many sheets of paper as necessary to answer these questions.

I. <u>Case Information</u>

A. Please state the following for the civil action that you filed:

1. Case caption: Pearl M. Bell, et al vs. Bayer Corporation, et al

2. Civil Action No: A-020157-C

3. Court in which action was originally filed: 128th Orange County, Texas

4. Name, address, telephone number, fax number and e-mail address of principal attorney representing you:

   Michael Bradford
   Name

Benckenstein & Oxford, L.L.P.
Firm

3535 Calder Avenue
Street Address

Beaumont, Texas 77704
City, State and Zip Code

(409) 833-9182
Telephone Number

(409) 833-8819
Fax Number

michaelbradford@benoxford.com
E-mail address

B. If you are completing this Fact Sheet in a representative capacity (on behalf of the estate of a deceased person or a minor), please state:

1. Your name: N/A

2. Address: N/A

3. In what capacity are you representing the person? N/A

4. If a court appointed you to act on behalf of the estate of the deceased person or minor, state the court and date of appointment: N/A

5. Your relationship to deceased or represented person: N/A

6. If you represent a decedent's estate, state the date of decedent's death: N/A

The remainder of this Fact Sheet requests information about the person who used the Baycol. If you are completing this Fact Sheet for someone else, please assume that "you" means the person who used Baycol.

## II. Personal Information

A. Name: Seth A. Freeman

B. Have you ever used any other names and, if so, when: Was born Bernard Francis Rogers, Jr.; adopted by step-father in approximately 1977; adopted new name at that time.

C. Current and Former Addresses (Last 10 Years):

Current: 935 South IH-35, Apartment 12, New Braunfels, Texas 78130

Dec. 2002: 1501 Vandiver Drive, lot 229, Columbia, MO 65202

1997: 935 South IH-35, Apartment 12, New Braunfels, Texas 78130

1997: Centerpoint, Texas (address unknown)

1996: General McCullen Drive, San Antonio, Texas

1995: Mac's Trailer Court, Fulton, Missouri 65251

1995: Route AA, Holts Summit, Missouri

1994: Babcock Street, San Antonio, Texas

1994: Ogden, Utah (address unknown)

1993 – 1994: 4th Street, Sheridan, Wyoming 82801

D. Driver's License & Social Security Number: DL: 17294793 SS: 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

E. Date and place of birth: DOB: March 8, 1973 / Place: Rapid City, South Dakota

F. Sex: Male X Female ____

G. Height: 5'7" Weight: 294 lbs.

## III. Baycol Use

A. Have you ever taken Baycol? X Yes ____ No

If "yes," then complete the following:

| Dates of use | Dosage | How obtained? (Prescription, Sample, Other) (name and address) | Dispensing pharmacy (name and address) |
|---|---|---|---|
| 9/26/2000-9/28/2000 | 4mg | Dr. Melissa Isbell prescribed while Seth was hospitalized at Santa Rosa Hospital Northwest | Santa Rosa Hospital Northwest Pharmacy |

B. Were you given any instructions, warnings or other information (oral or written) regarding Baycol?

____ Yes X No ____ I don't know ____ I don't remember

1. If "yes," when did you receive the information? N/A

2. Who gave you the instructions, warnings or information? N/A

3. Were the warnings, instructions or information oral or written? N/A

4. If you no longer have the written information in your possession, or the information was oral, to the best of your ability, please describe the instructions, warnings or information that you received. N/A

C. Please list any prescription or over-the-counter drug, any dietary supplement, vitamin, or herbal remedy that you were taking at the same time you were taking Baycol.

| Name of Drug | Date(s) Taken | Prescribing Doctor | Name and Address of Pharmacy Where Obtained |
|---|---|---|---|
| Cellcept | Since 1998 | Dr. Wright | Pro Care |
| Prograf | Since 1998 | Dr. Wright | |
| Predisone | Since 1998 | Dr. Wright | |
| Adalat | Since 1998 | Dr. Wright | |
| Lasix | Since 1996 | Dr. Catheria (sp?) | |
| Primidone | Since 1996 | Dr. Catheria | |

## IV. Medical History and Health Care Providers

A. Please provide the following information for each doctor, clinic, hospital, or healthcare provider that you have seen or who has treated you during the last ten (10) years. If you cannot recall all of the details regarding the healthcare providers that you have seen, please provide as much information as you can.

1. Name of doctor or clinic: Dr. Susan Synder
   Specialty, if any: Family Practice
   Address: 1435 Burton Street, Sheridan, WY 82801
   Phone: 307-672-0763

2. Name of doctor or clinic: Dr. Jung
   Specialty, if any:
   Address:
   Phone:

3. Name of doctor or clinic: Dr. Katheria?
   Specialty, if any:
   Address:
   Phone: